Delbert GARRISON, Petitioner,

v.

OFFICE OF PERSONNEL
MANAGEMENT,
Respondent.

No. 05–3166.

United States Court of Appeals,
Federal Circuit.

June 29, 2005.

ON MOTION

*ORDER*

Upon consideration of Delbert Garrison's motion to voluntarily dismiss his petition for review,

IT IS ORDERED THAT:

(1) The motion is granted.

(2) Each side shall bear its own costs.